Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| LORRAINE R MORALES<br><br>RAUL V MORALES | ) Chapter 13<br>)<br>) Case No.: 8:05-bk-21703-TA<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3011)**<br>)<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301056** in the sum of **$100.08** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    CHASE BANK
    PO BOX 100018
    KENNESAW, GA 91410

Date: September 10, 2011         __/S/_____
                                 Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN/TIN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0521703 | LORRAINE R & RAUL V MORALES ACCT: 1374 | Claim: 00011 | XXX-XX-8398 XXX-XX-6745 | 100.08 | 0.00 | 100.08 |
| | | TOTALS | | 100.08 | 0.00 | 100.08 |

LORRAINE R MORALES
RAUL V MORALES
BALANCE:              [0.00  33/00011]
SSN: XXX-XX-8398    SSN: XXX-XX-6745
ACCT: 1374                                CASE: 0521703
PRINCIPAL:         100.08   INTEREST:         0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0301056

Jul 24, 2011

VOID 90 DAYS FROM DATE

*******$100.08

PAY   One Hundred And 08 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301056⑈  ⑆061100790⑆ 0000005751862⑈